IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARETE PROPERTY SERVICES, LLC, and BYRON BOTHWELL,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>　　　　　　　Defendant. | 8:21CV407<br><br>ORDER FOR DISMISSAL WITH PREJUDICE ON STIPULATION |

This case is before the Court on the parties' Stipulation to Dismiss with Prejudice. Filing 34. The parties explain that they have reached a settlement and jointly agree that this matter be dismissed with prejudice with each party to pay its own costs and attorney fees. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

IT IS ORDERED that the parties' Stipulation to Dismiss with Prejudice, Filing 34, is granted, and this matter is dismissed with prejudice with each party to pay its own costs and attorney fees.

Dated this 4th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1